1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIDIA ESTRADA, | ) | 1:10cv0556 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Document 2) |
| | ) | |
| SIERRA VALLEY RESTAURANTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff Lidia Estrada ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed her complaint on March 31, 2010, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

    IT IS SO ORDERED.

    **Dated:**   <u>**April 8, 2010**</u>       <u>**/s/ Dennis L. Beck**</u>
                            UNITED STATES MAGISTRATE JUDGE

1