IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIDIA ESTRADA, | ) | 1:10cv0556 LJO DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| vs. | ) | |
| SIERRA VALLEY RESTAURANTS, INC., | ) | |
| Defendant. | ) | |

On March 31, 2010, Plaintiff Lidia Estrada ("Plaintiff") filed the present action in this Court. On April 12, 2010, the Court dismissed the complaint with leave to amend. The Court alternatively informed Plaintiff that if she intended to pursue her claims in the Bankruptcy Court, then she should notify this Court in writing.

On April 19, 2010, Plaintiff filed a notice that she will pursue her unpaid wages claim in the Bankruptcy Court. Based on the notice, Plaintiff is ordered to show cause, if any she has, why this action should not be dismissed. Plaintiff shall file a response to this order to show cause within twenty-one (21) days of the date of service of this order. If Plaintiff wishes to voluntarily dismiss this case, she should file a notice of dismissal. Fed. R. Civ. P. 41(a). <u>Failure to respond will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:  **April 28, 2010**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1